**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| American Medical Systems, Inc., and AMS Research Corporation<br><br>    Plaintiffs,<br>v.<br><br>Caldera Medical, Inc.,<br><br>    Defendant. | CV 05-2563 JNE/JJG |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective attorneys that the above captioned actions, including all claims and counterclaims therein, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii). Each party shall bear its own costs, disbursements and attorneys' fees incurred in these actions.

Dated: May 17, 2006

INSKEEP IP GROUP, P.C.

By: _____
David J. McKinley (#295814)
INSKEEP IP GROUP, P.C.
7965 Stone Creek Dr., Suite 110
Chanhassen, MN 55317
Tel: (952) 351-9800
Fax: (952) 351-9810

Attorneys for
CALDERA MEDICAL, INC.

Dated: May 17, 2006

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Jake M. Holdreith (#211011)
Misti Nelc (#296090)
Annie Huang (#327979)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: (612) 349-8500
Fax: (612) 339-4181

Attorneys for
AMERICAN MEDICAL SYSTEMS, INC.