UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC., a Delaware corporation, AMS RESEARCH CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CALDERA MEDICAL, INC., a California corporation,<br><br>Defendant. | Civil Case No. 05-2563 JNE/JJG |

## ORDER

Upon stipulation of the parties (Doc. #13), IT IS HEREBY ORDERED THAT the above captioned case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

SO ORDERED this 23rd day of May, 2006.

s/ Joan N. Ericksen
Joan N. Ericksen
United States District Court Judge